UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

          - v. -              :          **INDICTMENT**

CORY CUNNINGHAM,                   :          14 CRIM 192

          Defendant.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 2 0 2014
ORIGINAL

## COUNT ONE

(Distribution of Child Pornography)

The Grand Jury charges:

1.    From in or about 2012 through in or about February
2014, in the Southern District of New York and elsewhere, CORY
CUNNINGHAM, the defendant, knowingly did distribute child
pornography, and material that contained child pornography, that
had been mailed and, using a means and facility of interstate
and foreign commerce, shipped and transported in and affecting
interstate and foreign commerce by any means, including by
computer, to wit, CUNNINGHAM distributed files containing child
pornography over the Internet.

(Title 18, United States Code, Section 2252A(a)(2).)

## COUNT TWO

(Possession of Child Pornography)

The Grand Jury further charges:

2.    From in or about 2012 through in or about February
2014, in the Southern District of New York and elsewhere, CORY

CUNNINGHAM, the defendant, knowingly did possess and access with intent to view a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported in interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, CUNNINGHAM possessed videos and images of child pornography at a location in New York, New York.

(Title 18, United States Code, Section 2252A(a)(5).)

### FORFEITURE ALLEGATION

3.    As a result of committing the offenses alleged in Counts One and Two of this Indictment, to wit, distribution of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2), and possession of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5), CORY CUNNINGHAM, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of chapter Title 18, United States Code, Chapter 110, or any book, magazine, periodical, film, videotape,

2

or other matter which contains any such visual depiction, which
was produced, transported, mailed, shipped or received in
violation of that chapter; (ii) any property, real or personal,
constituting or traceable to gross profits or other proceeds
obtained from the offenses alleged in Counts One and Two of this
Indictment; and (iii) any property, real or personal, used or
intended to be used to commit or to promote the commission of
such offense or any property traceable to the offenses alleged
in Counts One and Two of this Indictment.

<u>Substitute Asset Provision</u>

4.    If any of the above-described forfeitable property, as
a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due
diligence;

b.    has been transferred or sold to, or
deposited with, a third person;

c.    has been placed beyond the jurisdiction of
the Court;

d.    has been substantially diminished in value;
or

e.    has been commingled with other property that
cannot be subdivided without difficulty, it is the intent of the
United States, pursuant to Title 18, United States Code, Section

982(b), and Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the

value of the above forfeitable property.

(Title 18, United States Code, Section 2253; Title 21, United
States Code, Section 853(p).)


FOREPERSON

PREET BHARARA
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

v.

### CORY CUNNINGHAM,

Defendant.

### INDICTMENT

(18 U.S.C. §§ 2252A(a)(2) and (a)(5))

PREET BHARARA
United States Attorney.

A TRUE BILL

*Marie South...* Foreperson.

3/20/14 - *Filed Indictment.*
*Case assigned to Judge Koeltl*
*Judge Maas*
*USMJ*